60 F.3d 816
 Planned Parenthood of Southeastern Pennsylvania Reproductive
Health and Counseling Center Women's Health Services, Inc.,
Women's Suburban Clinic Allentown Women's Center Northeast
Women's Center Allen, Thomas, M.D.
v.
Casey, Robert P. Richards, N. Mark Preate, Ernest, Marino, Michael D.
 NO. 90-1662
 United States Court of Appeals,
Third Circuit.
 May 23, 1995
 
 Appeal From: E.D.Pa., No. 88-3228,
 Huyett, J.,
 
 869 F.Supp. 1190
 
 1
 ADOPTING IN PART.